ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| IMC Construction Group | ) ASBCA No. 62422 |
| | ) |
| Under Contract No. W91278-16-D-0037 | ) |

APPEARANCE FOR THE APPELLANT:     Thomas J. Tollefsen, Esq.
    Tritt and Associates
    Jacksonville, FL

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    David C. Brasfield, Jr., Esq.
    Kathleen P. Miller, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 10, 2023

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62422, Appeal of IMC Construction Group, rendered in conformance with the Board's Charter.

Dated:  October 11, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services